[Crim. No. 992. Third Appellate District.—September 1, 1927.]

THE PEOPLE, Respondent, v. VICTOR NERRI, Appellant.

Edward Bickmore and Andrew R. Schottky for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—The indictment charged that the defendant, being an unnaturalized foreign-born person, had possession of a pistol capable of being concealed upon his person. He was convicted and his motion for a new trial was denied. This appeal is from the judgment and the order denying a new trial. ■ The state of the evidence and the grounds urged for a reversal are the same as upon which a reversal was had in *People* v. *Quarez*, 196 Cal. 404 [238 Pac. 363].

On the authority of that case the judgment and the order are reversed.